```
                                                              FILED
                                                         February 20, 2026
         UNITED STATES DISTRICT COURT              CLERK, U.S. DISTRICT COURT
          WESTERN DISTRICT OF TEXAS                WESTERN DISTRICT OF TEXAS
              SAN ANTONIO DIVISION              BY:_____NM_____
                                                                  DEPUTY
```

| | |
|---|---|
| **DAVID FETUS,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | NO. SA-26-CV-989-OLG |
| § | |
| **PAM BONDI** *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER FOR SERVICE

Before the Court is the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. No. 1) filed by Petitioner David Fetus, who is currently detained at the South Texas ICE Processing Center in Pearsall, Texas, located in the Western District of Texas.

Upon review, it is **ORDERED** that the Clerk of Court shall send copies of the Petition (Dkt. No. 1) and this Order by certified mail return receipt requested to the Office of the United States Attorney at the following address:

> **Mary F. Kruger**
> **United States Attorney's Office**
> **Chief, Civil Division**
> **601 NW Loop 410, Suite 600**
> **San Antonio, TX 78216**

Delivery by certified mail return receipt requested of those documents shall constitute sufficient service of process upon the federal Respondents.

It is further **ORDERED** that the Clerk of Court shall serve Respondent Warden, South Texas ICE Processing Center, with copies of the Petition (Dkt. No. 1) and this Order by certified mail return receipt requested at the following address:

> **Warden**
> **South Texas ICE Processing Center**
> **566 Veterans Dr.**
> **Pearsall, TX 78061**

Delivery by certified mail return receipt requested of those documents shall constitute sufficient service of process.

It is further **ORDERED** that:

1. Respondents must file a response to the Petition (Dkt. No. 1) **within 10 days** after service. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond. *See id.*

2. If Petitioner elects to file a reply, he may do so **no later than 7 day**s after the Respondents' response is filed.

**SIGNED** on February 20, 2026.

_____
ORLANDO L. GARCIA
United States District Judge